The People of the State of Illinois, defendant in error, v. Peter Delnero, plaintiff in error. Gen. No. 34,816.

Heard in the first division of this court for the first district at the December term, 1930. Opinion filed March 2, 1931.

Daniel A. Wolf and Bernard F. Cummings, for plaintiff in error; Geo. F. Ort, of counsel. John A. Swanson, State's Attorney, for defendant in error; Edward E. Wilson and Grenville Beardsley, Assistant State's Attorneys, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Available Truck Company, plaintiff in error, v. Eureka Motor Service Company, defendant in error. Gen. No. 34,354.

Heard in the third division of this court for the first district at the June term, 1930. Opinion filed March 11, 1931.

Barrett, Barrett & Wermuth, for plaintiff in error. Edward J. Green, for defendant in error.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Helen B. Smith, plaintiff-appellee, v. W. E. McCarron Corporation, defendant-appellant. Gen. No. 34,466.

Heard in the third division of this court for the first district at the June term, 1930. Opinion filed March 11, 1931. Rehearing denied March 25, 1931.

Short, Rothbart, Willner & Lewis, for appellant; Wharton, Plummer, of counsel. Daniel F. Murphy, for appellee; Louis P. Miller, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Richard G. Keizer, defendant in error, v. Riverside Building Corporation, plaintiff in error. Gen. No. 34,473.

Heard in the third division of this court for the first district at the October term, 1930. Opinion filed March 11, 1931.

Weightstill Woods, for plaintiff in error. Tenney, Harding, Sherman & Rogers, for defendant in error; S. Ashley Guthrie, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.